IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DAOUD ABUDIAB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:08-0018 |
| ) | Judge Trauger |
| UNITED STATES OF AMERICA, ) | Magistrate Judge Bryant |
| ) | |
| Defendant. ) | |

**O R D E R**

On June 30, 2008, the Magistrate Judge issued a Report and Recommendation (Docket No. 10), to which no objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion to Dismiss (Docket No. 7) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 22nd day of July 2008.

_____
ALETA A. TRAUGER
U.S. District Judge